**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PAUL V. CORTEZ,

                      Plaintiff,

       -against-                                 21 **CIVIL** 126 (NSR)

                                                     **JUDGMENT**

GOV. ANDREW M. CUOMO, et al.,

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 24, 2023, Defendants' motion for summary judgment is GRANTED, and all claims in this action are DISMISSED against ALL Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        July 24, 2023

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                    **Clerk of Court**

                         **BY:**     *K. Mango*

                                                  _____
                                                 **Deputy Clerk**